FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case No.: 13-mJ-00230
          Plaintiff,           )
    vs.                           )
                                  )   ORDER OF DETENTION AFTER HEARING
Martin Herrera-Rodriguez         )   [Fed.R.Crim.P. 32.1(a)(6);
          Defendant.           )   18 U.S.C. 3143(a)]
                                  )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern District of CA_ for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)] and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _the nature of the alleged violations, and_

defendant's prior supervised release violations, defendant's unemployment and his ties to Mexico.

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: nature of current charges and defendant's prior criminal history and supervised release violations.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/8/13

*Carla M. Woehrle*

**CARLA M. WOEHRLE**
UNITES STATES MAGISTRATE JUDGE